Name: Ronald Murray
Address: 80060 LCMHF, P.O. Box E, Larned, Kansas 67550

FILED
OCT 3 1 2007
Clerk, U.S. District Court
By: _____ Deputy Clerk

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF KANSAS

Ronald Murray, Jeff Hunt and Emmett Kirkham, Plaintiffs

v.

Kansas DOC, Gloria Geither, Karen Rohling, Defendants

CASE NO. 07-3276-SAC (To be supplied by the Clerk)

CIVIL RIGHTS COMPLAINT PURSUANT TO 42 U.S.C. §1983 and 42 U.S.C. 2000 C.C.

## A. JURISDICTION

1) Ronald Murray (Plaintiff), is a citizen of Kansas (State) who presently resides at LCMHF, P.O. Box E, Larned Kansas 67550 (Mailing address or place of confinement). Other plaintiffs (over)

2) Defendant Kansas D.O.C. (Name of first defendant) is a citizen of Kansas (City, State), and is employed as Kansas D.O.C. (Position and title, if any). At the time the claim(s) alleged in this complaint arose, was this defendant acting under the color of state law? Yes ☒ No ☐ If your answer is "Yes", briefly explain: Kansas D.O.C. is liable for constitutional violations caused by their policy statements, ordinance, regulation or decision officially adapted and promulgated by that body's officers. The (over)

XE-2 8/82            CIVIL RIGHTS COMPLAINT §1983

1a) Jeff Hunt is a citizen of Kansas who presently resides at LCMHF, P.O. Box E, Larned Kansas 67550.

1b) Emmett Kirkham is a citizen of Kansas who presently resides at LCMHF, P.O. Box E, Larned, Kansas 67550

Kansas D.O.C. can sue and be sued. The Kansas D.O.C. is also liable for failure to make policy and take action to prevent predictable violations of rights of its prisoners. The Kansas D.O.C., as a public entity, while excercising its responsibilities pursuant to state law, was acting under color of state law at all times relevant to the claims alleged herein.

3) Defendant **Gloria Geither** is a citizen of
   *(Name of second defendant)*
   **Topeka Kansas**, and is employed as
   *(city, state)*
   **Religious Coordinator**. At the time the claim(s)
   *(Position and title, if any)*
   alleged in this complaint arose was this defendant acting under the color of state law?   Yes ☒   No ☐. If your answer is "Yes", briefly explain:
   As a public employee acting in her official capacity and while excercising her responsibilities pursuant to state law, her Acts were performed under color
   (Use the back of this page to furnish the above information for additional defendants.)  (over)

   51343(3); 42

4) Jurisdiction is invoked pursuant to 28 U.S.C. U.S.C. §1343(3); 42 U.S.C. §1983. (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

   42 U.S.C. 1983 and 42 U.S.C. 2000 C.C.

## B. NATURE OF THE CASE

1) Briefly state the background of your case. This is a civil rights action pursuant to 42 U.S.C. 1983 and 42 U.S.C. 2000 c.c. alleging religious discrimination against the plaintiffs, the Asatru religion and other Asatru members. K-DOC refuses to change policy so the plaintiffs can Adhere to the tenets of Asatru to which they are sincere and have been practicing.

-2-

of state law. She has the power to modify and/or change policy, hence she has the power to correct the violation and a duty to act. She is liable for failing to take action to prevent predictable violations of rights of prisoners.

3a) Defendant Karen Rohling is a citizen of Kansas and is employed as Warden of LCMHF. Yes, she was acting under color of state law. She knew or should have known of these constitutional violations and is liable for failing to correct them. She has the duty to write and enforce regulations as well as giving orders to LCMHF employees. She is liable for failure to take action to prevent predictable violations of rights of prisoners.

## C. CAUSE OF ACTION

1) I allege that the following of my constitutional rights, privileges or immunities have been violated and that the following facts form the basis for my allegations: (If necessary you may attach up to two additional pages (8h" x 11") to explain any allegation or to list additional supporting facts.)

A) (1) Count I: First Amendment Free Excercise of RELIGION and Fourteenth Amendment Equal Protection of Religious Rights

(2) Supporting Facts: (Include all facts you consider important, including names of persons involved, places and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.) On September 1, 2005 plaintiff Murray was transferred to EDCF Administrative Segregation. For nearly two years Murray has attempted to practice the Asatru religion, however, K-DOC, Gloria Geither and Karen Rohling have refused to change IMPP 10-110 to permit solitary practitioners of the Asatru faith to have all of the religious ritual items required to conduct Blot in our cells. The K-DOC, Gloria Geither and Karen Rohling refuses to change IMPP 10-110 to recognize the Asatru Holy Days (over)→

B)(1) Count II: N/A

(2) Supporting Facts: N/A

-3-

and allow Asatru members to worship/conduct Blot on these Holy Days. There is, at least, one Holy Day per month. Blot is similar to a ceremony or prayer in honor of a Deity specific. The K-DOC, Gloria Geither and Karen Rohling refuses to change IMPP 10-110 to allow the Asatru Religion to Feast after the monthly Blot. There are two tenets of the Asatru religion. Number one is to know and use the Runes, which are 24 symbols made of wood, bone or stone and kept in a holy Bag and used with a Rune casting cloth. Number two, is to conduct Blot. One must have ritual items to Blot, such as an Altar Cloth, Kindred Banner, Wooden Oath ring, wooden Bowl, wooden Gandr, Hlath, drinking horn, Thorrs hammer, Evergreen Sprig, Sage, Incense and others. Our Allfather Odinn commands us to do these two things. Feasting after the Blot is actually part of the ceremony. Pork is sacred to us. We also eat whole grains foods, Fresh Vegetables & Fruit, cheese, juice and milk.

2) The K-DOC, Gloria Geither and Karen Rohling refuse to contact our spiritual Advisor to verify the tenets of our religion, Asatru and to accomodate plaintiff's religious needs. Rather the defendants allow and give privelages to the X-trans, muslim and Jewish faith, while denying these same privelages to the Asatru religion. Even the Native American religion receives religious Accomodations similar to that which the plaintiffs request.

3) The plaintiffs are being forced to violate their sincerely held religious beliefs because the defendants refuse to contact plaintiffs religious Advisor and to change policy to accomodate the plaintiffs and All Asatru religious needs. The plaintiffs have no other alternatives to practice Freely in their cell.

C) (1) Count III: __N/A__

(2) Supporting Facts: N/A

## D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1) Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? Yes ☐ No ☒. If your answer is "Yes", describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

   a) Parties to previous lawsuit:

   Plaintiffs: __N/A__
   Defendants: __N/A__

   b) Name of court and docket number __N/A__

   c) Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?) __N/A__

   d) Issues raised __N/A__

-4-

e) Approximate date of filing lawsuit  N/A

f) Approximate date of disposition  N/A

2) I have previously sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part ☒ Yes ☐ No. If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought. On 9-7-05 plantiff Murray Filed a grievance. On 9-13-05 the U.T. responded. On 9-14-05 Murray Forwarded to the Warden. On 9-16-05 the Warden provided a response, Grievance No. 13394. On 9-17-05 Murray appealed to the S.O.C. who responded. On 11-17-05 Murray Filed a form-9 to UT Sapien who responded on 11-20-05. On 11-21-05 Murray Filed a grievance. On 11-22-05 a response was given. On 11-22-05 Murray (over) →

## E. REQUEST FOR RELIEF

1) I believe that I am entitled to the following relief: We should be allowed to practice the Asatru religion, to which we sincerely Adhere, in accordance to the tenets of the Asatru religion. The K-DOC, Gloria Geither and Karen Rohling should change IMPP 10-110 to accomodate plamtiffs and All Asatru members religious needs in allowing inmates in Segregation to possess and use ritual items For monthly Blots and to Feast with the Blot. IMPP 10-110 needs to be (continued)

Ronald Murray
~~Signature of Attorney (If any)~~

80060 LCMHF p.o. Box E
Larned, Kansas 67550

~~(Attorney's full address and telephone number)~~

Signature of Petitioner

× Emmett Kirkham

× Jeff Hunt

-5-

forwarded the grievance to the warden. The Warden responded on 12-5-05, Grievance No. 13687. Murray Appealed the grievance to the S.O.C. on 12-6-05. On 1-24-06 the S.O.C. responded, thereby exhausting All Administrative remedies. On 6-23-07 Murray wrote a form-9 to chaplain McKiernen respectfully requesting the opportunity to practice Asatru in accordance to the mandatory tenets. The chaplain responded denying any relief. On 7-10-07 Murray wrote a form 9 to the U.T. attempting to informally resolve the problem. On 7-10-07 he responded. On 7-10-07 Murray wrote a grievance. On 7-17-07 a response was rendered denying relief. On 7-18-07 Murray forwarded to the Warden. On 7-20-07 defendant Rohling responded, grievance No. IA-001837. On July 27, 2007 Murray Appealed the grievance to the S.O.C. thereby exhausting All Administrative remedies.

    On 8-1-07 Murray wrote a form-9 to the chaplain seeking religious Accomodations. On 8-7-07 the chaplain responded denying such request. On 8-8-07 Murray wrote a grievance. On 8-9-07 the UT responded denying relief. On 8-9-07 Murray forwarded the grievance to the Warden. On 8-14-07 defendant Rohling responded, grievance No. IA-001851. On 8-17-07 Murray Appealed the grievance to the S.O.C. thereby exhausting All Administrative remedies.

    Plaintiff Jeff Hunt exhausted Administrative Remedies on October 8, 2007, Grievance numbers IA-1878 and IA-1885.

    Plaintiff Emmett Kirkham exhausted Administrative Remedies on October 8, 2007, Grievance IA-1879.

changed to Add All ritual items to the list of personal and group worship. IMPP 10-110 needs to be changed to recognize All Asatru Holydays such as January 4 Thorr Blot; February 14 Feast of Vali; March 20 High Feast of Ostara; April 15 Sigr Blot; April 30 Walburg; May 20 Frigga Blot; June 21 High feast of BALDOR; July 4 Founders Day; August 28 FreyFaxi; September 23 Winter Finding; October 14 Winter nights; November 23 Feast of Ullr; December 20-31 Yule; December 21 Mother night.

Ritual items for Blot are; Altar cloth, Runes, Rune casting cloth, thorrs hammer, wooden bowl, wooden oath ring, wooden Gandr, Drinking horn, Evergreen sprig, Kindred Banner, hlath (headband), sage, incense.

IMPP 10-110 needs to be changed to allow a meal after every monthly Blot, which should consist of pork, whole grains, pasta, cheese, fresh fruit & vegetables, milk & juice.

All of this should be available to Individual and group worshippers. Group worshippers should be permitted outside grounds to worship, as Asatru is nature oriented.

E2) Award compensatory damages jointly and severally against: Defendants Kansas D.O.C., Gloria Geither and Karen Rohling for Religious discrimination, denial of Freedom of Religion and Equal protection of Religious rights.

E3) Award punitive damages against Gloria Geither and Karen Rohling.

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares (or certifies, verifies, or states) under penalty of perjury that he is the plaintiff in the above action, that he has read the above complaint and that the information contained therein is true and correct. 28 U.S.C. § 1746.  18 U.S.C. § 1621.

Executed at __LCMHF__ on __August 27__, 20__07__.
            (Location)                  (Date)

_____
         (Signature)

Executed at __LCMHF__ on __Sept. 6__, 2007.

_Emmett Kirkham_

Executed at __LCMHF__ on __Sept. 6__, 2007.

_Jeff Hunt_   67224

-6-