IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| RONALD MURRAY, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | |
| ) | Case No.: 07-CV-3276 - KHV/JPO |
| KANSAS DEPARTMENT OF ) | |
| CORRECTIONS, et al., ) | |
| ) | |
| Defendants. ) | |

### DEFENDANTS' MOTION TO DISMISS

**COME NOW** Defendants Kansas Department of Corrections, Gloria Geither, Karen Rohling, Steve McKiernan, Jeremy Davis, and Travis Collins, by and through their counsel, Kimberly Grunewald, Assistant Attorney General, and hereby move this Court to dismiss the Kansas Department of Corrections as a defendant in this matter, as well as all claims based on actions that occurred prior to October 31, 2005, pursuant to Federal Rule of Civil Procedure 12(b)(6). In compliance with D. Kan. 7.1, and in support thereof, a memorandum in support is filed herewith.

Respectfully Submitted,

OFFICE OF KANSAS ATTORNEY GENERAL
STEVE SIX

By: s/ Kimberly Grunewald
Kimberly M. Grunewald #23191
Assistant Attorney General
120 SW 10th Ave., 2nd Floor
Topeka, KS 66612
Phone: 785-368-8423
Fax: 785-291-3767
E-mail: kim.grunewald@ksag.org

## **CERTIFICATE OF SERVICE**

 This is to certify that copies of the DEFENDANTS' MOTION TO DISMISS and MEMORANDUM IN SUPPORT OF DEFENDANTS' MOTION TO DISMISS were served by depositing same in the United States Mail, first class postage prepaid, the 1st day of October, 2008, to:

Ronald Murray
1117 N. Poplar, Apt. B
Newton, Kansas 67114

 I further certify that on September 30, 2008, I electronically filed the Defendants' Motion to Dismiss and Memorandum in Support of Defendants' Motion to Dismiss, as well as this Certificate of Service with the Clerk of the Court by using the CM/ECF system.

             /s/ Kimberly Grunewald

             Kimberly M. Grunewald #23191
             Assistant Attorney General
             Attorney for Defendants
             120 SW 10th, 2nd Floor
             Topeka, KS 66612-1597
             (785) 296-2215